DAMON A. STEMEN, ESQ. (Nevada Bar No. 6832)
Damon@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada Bar No. 14030)
Deniz@bayramoglu-legal.com
GOKALP BAYRAMOGLU, ESQ. (Nevada Bar No. 15500)
Gokalp@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.446.9401
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACKER SILAH SAN. VE TIC, LTD. STI, a Turkish limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SALIM OZGILIK, an individual residing in Nevada; and<br>AKDAL ARMS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:22-cv-00046-GMN-DJA<br><br>**STIPULATED VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE** |

  Plaintiff, TRACKER SILAH SAN. VE TIC, LTD. STI, by and through undersigned counsel, hereby voluntarily dismisses all causes of action against Defendants, SALIM OZGILIK and AKDAL ARMS, LLC, with prejudice.

  In support of this Notice, Plaintiff and Defendants (collectively, the "Parties") represent unto the Court the following:

  1. The Parties have settled this matter in its entirety.

  2. Pursuant to the agreement between the Parties, Plaintiff is dismissing all of its claims against Defendants.

1

3.      The Parties agree that Plaintiff and Defendants shall bear their own costs.

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing the complaint in its entirety, with prejudice. Each party shall bear its own costs.

Respectfully submitted this 26th day of September, 2022.

| **BAYRAMOGLU LAW OFFICES LLC.** | **GORDON LAW, LLC** |
|---|---|
| By: */s/ Nihat Deniz Bayramoglu* | By: */s/ Aviva Y. Gordon* |
| Nihat Deniz Bayramoglu, ESQ. | AVIVIA Y. GORDON, ESQ. |
| (Nevada Bar No. 14030) | (Nevada Bar No. 5333) |
| Deniz@bayramoglu-legal.com | agordon@gordonlawlv.com |
| 1540 West Warm Springs Road Suite 100 | 1820 E. Warm Springs Road, Suite 115 |
| Henderson, Nevada 89014 | Las Vegas, NV 89119 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**IT IS SO ORDERED.** The Clerk of Court shall close the case and enter judgment accordingly.

Dated this  26   day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing STIPULATED VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE was filed electronically and served by operation of the Court's CM/ECF system on this 26th day of September 2022, on all counsel of record.

*/s/ Nihat Deniz Bayramoglu*